IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-CR-00012-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VICTOR BELOV,

    Defendant.

---

**ORDER TO RESCHEDULE SENTENCING HEARING**

---

    Pursuant to a telephone conference with both counsel, and at the request of Defendant Belov's counsel, the sentencing currently set for January 26, 2006 <u>at 11:45 a.m.</u> is RESCHEDULED for January 26, 2006 **at 12:15 p.m.**

    DATED: January 25, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge